IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JESUS ARZAGA,

           Plaintiff,                    No. CIV S-11-2068 EFB P

     vs.

LOVETT,

           Defendant.          <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff's copy of his trust account statement is not certified.  He may comply with § 1915(a)(2) by having prison officials complete the "Certificate" portion of the form application for leave to proceed *in forma pauperis* or by submitting a copy of his trust account statement that has been

1

certified.

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement.  Failure to comply with this order will result in a recommendation that this action be dismissed.  The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

DATED:  August 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2