IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JESUS ARZAGA,

    Plaintiff,                            No. CIV S-11-2068 EFB P

    vs.

LOVETT,

    Defendant.                           <u>ORDER</u>

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On August 23, 2011, the court found that plaintiff did not submit a certified copy of his trust account statement with his application to proceed *in forma pauperis*. Accordingly, the court ordered plaintiff to file a completed *in forma pauperis* application together with the required certified copy of his prison trust account statement. The order gave plaintiff 30 days to file the required application and warned him that failure to do so may result in this action being dismissed.

1

1 | The 30-day period has expired and plaintiff has not filed a completed *in forma pauperis*
2 | affidavit, his trust account statement or otherwise responded to the court's order.
3 | Accordingly, this action is dismissed without prejudice.
4 | Dated: November 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE